UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4162 FMO | Date | July 2, 2013 |
|---|---|---|---|
| Title | IN RE: GGW BRANDS, LLC, et al. | | |

Present: The Honorable   **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

  Counsel for appellant is ordered to show cause, in writing, by not later than **July 17, 2013**, why this case should not be dismissed for lack of prosecution for failure to:

☐ Pay the filing fee pursuant to 28 U.S.C. § 1930.

X File the statement of issues pursuant to Fed. R. Bankr. P. 8006.

X File the designation of record pursuant to Fed. R. Bankr. P. 8006.

X File a transcript order notice, which is required whether or not appellant wishes to include a transcript in the record pursuant to Fed. R. Bankr. P. 8006, Fed. R. App. P. 10(b)(1) and 9th Cir. R. 10-3.

☐ File the transcript(s) pursuant to Fed. R. Bankr. P. 8006.

☐ Complete the record pursuant to Fed. R. Bankr. P. 8009.

☐ File an opening brief or request an extension of time to do so pursuant to Fed. R. Bankr. P. 8009 and Local Bankruptcy Rule 4.

☐ Other: _____

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer vdr |