JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re GGW BRANDS, LLC et al., | NO. CV 13-4162 FMO |
| Debtor, | |
| | **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 7th day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge